786 A.2d 173

**OVERNITE TRANSPORTATION COMPANY, Petitioner,**

v.

**LOCAL UNION NO. 107, Respondent.**

Supreme Court of Pennsylvania.

Dec. 13, 2001.

### *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of December, 2001, the Petition for Allowance of Appeal is GRANTED. The appeal below was untimely filed and there was no showing of fraud or a breakdown in the court's operation to permit entertaining the appeal. The Superior Court lacked jurisdiction over the appeal. Accordingly, the order of the Superior Court is REVERSED. *See West Penn Power Co. v. Goddard,* 460 Pa. 551, 333 A.2d 909, 912 (1975) (time for taking appeal cannot be extended as matter of grace).

ZAPPALA and CAPPY dissent.